```
_____ FILED      _____ ENTERED
_____ LODGED     _____ RECEIVED

         FEB  4 2015
              AT SEATTLE
       CLERK U.S. DISTRICT COURT
    WESTERN DISTRICT OF WASHINGTON
    BY                       DEPUTY
```

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

YONG GUO,

        Defendant.

NO. CR15-023 MJP

INFORMATION

The United States Attorney charges that:

## COUNT ONE
*(Smuggling Goods from the United States)*

On or about May 21, 2014, at Federal Way, within the Western District of Washington, YONG GUO did knowingly attempt to export and send from the United States, merchandise, articles, and objects, namely, ten .22 caliber rifle bolt assemblies, contrary to the laws and regulations of the United States, specifically, Title 22, United States Code, Section 2778(b)(2) and (c), and Title 22, Code of Federal Regulations, Sections 121.1, 123.1, and 127.1(a); and Title 18, United States Code, Section 1342.

All in violation of Title 18, United States Code, Section 554.

## COUNT TWO
### *(Using False Information on Postal Documents)*

On or about May 29, 2014, at Puyallup, within the Western District of Washington, YONG GUO, for the purpose of conducting and carrying on an unlawful business by means of the United States Postal Service, knowingly used a fictitious and false name and address and a name other than his own, that is, in sending a package via the Postal Service, he used the false name of "Rona Kwok" and a false address.

All in violation of Title 18, United States Code, Section 1342.

DATED this ___ day of January, 2015.

_____
ANNETTE L. HAYES
Acting United States Attorney


_____
TODD GREENBERG
Assistant United States Attorney